■ In the Matter of the Arbitration between ALLCITY INSURANCE COMPANY, Respondent, and MEL WIND, Appellant.—Judgment, Supreme Court, New York County, entered on July 8, 1976, unanimously affirmed for the reasons stated by Stecher, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Murphy, Birns, Silverman and Nunez, JJ.

■ · EMMA R. MASCHER, Individually as Heir and Legatee of ELIO ROSA, Deceased, and on Behalf of All Other Heirs, et al., Appellants, v BOEING COMPANY et al., Defendants, and S. A. EMPRESA DE VIACAO AEREA RIO GRANDENSE, Trading as VARIG AIRLINES, Respondent.—Order, Supreme Court, New York County, entered on October 9, 1975, unanimously affirmed for the reasons stated by Starke, J., at Special Term. Respondent shall recover of the appellants one bill of $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Murphy, Birns, Silverman and Nunez, JJ.

■ NATIONAL ELECTRIC SERVICE CORPORATION, Respondent, v RKO-STANLEY WARNER THEATRES, INC., Appellant.—Order, Supreme Court, New York County, entered on July 6, 1976, unanimously affirmed on opinion of Fraiman, J., at Special Term. Respondent shall recover of the appellant $60 costs and disbursements of this appeal. Concur KUPFERMAN, J. P., MURPHY, BIRNS, SILVERMAN AND NUNEZ, JJ.

■ ALLEN DISTRIBUTORS, INCORPORATED, Appellant, v S. C. B. A. No. 1 DEVELOPMENT CORP. et al., Respondents, et al., Defendants.—Order, Supreme Court, New York County, entered on May 27, 1976, unanimously affirmed for the reasons stated by Tyler, J., at Special Term. Respondents shall recover-of appellant one bill of $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Murphy, Birns, Silverman and Nunez, JJ.

■ CAMERON K. WEHRINGER, Appellant, v DOUGLAS GIBBONS—HOLLYDAY & IVES, INC., Defendant, and 150 EAST 73RD STREET CORPORATION, Respondent.—Order, Supreme Court, New York County, entered on August 27, 1976, unanimously affirmed for the reasons stated by Kirschenbaum, J., at Special Term, and that the respondent recover of the appellant $40 costs and disbursements of this appeal. Concur—Stevens, P. J., Murphy, Lupiano, Silverman and Lane, JJ.

■ H. & B. ENTERPRISE CORPORATION, Respondent, v F. C. INDUSTRIES, INC., Appellant.—Order, Supreme Court, New York County, entered on March 3, 1976, unanimously affirmed on the opinion of Saypol, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Murphy, Lupiano, Birns and Nunez, JJ.

■ ERBA FOOD PRODUCTS, INC., Appellant, v I. ROKEACH & SONS, INC., Respondent.—Judgment, Supreme Court, New York County, entered on March 23, 1976, unanimously affirmed on the opinion of Gellinoff, J., at Trial Term. Respondent shall recover of the appellant $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Murphy, Lupiano, Birns and Nunez, JJ.